## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re EBC I, f/k/a ETOYS, INC., <br><br> Reorganized Debtor. | Chapter 11 <br> Case No. 01-0706 (MFW) |
| EBC I, f/k/a ETOYS, INC., <br><br> Plaintiff, <br> v. <br><br> AMERICA ONLINE, INC., <br><br> Defendant. | Adv. Proc. No. 03-50003 (MFW) |

### NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a), defendant America Online, Inc. ("AOL") hereby appeals from the Opinion and Order of the Bankruptcy Court entered in this adversary proceeding on December 7, 2006, which granted in part plaintiff's Motion for Partial Summary Judgment and entered judgment against AOL on Count I of the Complaint.

The names of all parties to the Order appealed from and the name, addresses, and telephone numbers of their respective attorneys are as follows:

EBC I, Inc., f/k/a eToys, Inc., Plaintiff, represented by:

Thomas W. Briggs
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DC 19801
302-658-9200

America Online, Inc., Defendant, represented by:

Karen C. Bifferato
Christina M. Thompson
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DC 19801
302-658-9141

James R. Wrathall
Amanda L. Major
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6895

Dated: December 18, 2006                           CONNOLLY BOVE LODGE & HUTZ LLP

<u>Christina M. Thompson</u>
Karen C. Bifferato (Bar #3279)
Christina M. Thompson (Bar #3976)
Marc J. Phillips (Bar #4445)
The Nemours Building
1007 North Orange Street, P.O. Box 2207
Wilmington, DE  19899-2207
Tel: (302) 658-9141
Fax: (302) 658-5614

James R. Wrathall
Amanda L. Major
WILMER CUTLER PICKERING HALE AND
    DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for America Online, Inc.*