IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re EBC I, f/k/a ETOYS, INC., <br><br> Reorganized Debtor. | Chapter 11 <br><br> United States District Court <br> for the District of Delaware <br> Case No. 07-00012 (JJF) |
| EBC I, f/k/a ETOYS, INC., <br><br> Plaintiff, <br> v. <br><br> AMERICA ONLINE, INC., <br><br> Defendant. | United States Bankruptcy Court <br> for the District of Delaware <br> Main Case No. 01-00706 (MFW) <br> Adv. Pro No. 03-50003 (MFW) |

NOTICE OF WITHDRAWAL OF
MOTION FOR LEAVE TO APPEAL

PLEASE TAKE NOTICE THAT America Online, Inc. hereby withdraws, without prejudice, its *Motion for Leave to Appeal* (filed on Jan. 23, 2007) [D.I. 1].

Dated: February 15, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Karen C. Bifferato (#3279)
Christina M. Thompson (#3976)
The Nemours Building
1007 North Orange Street, P.O. Box 2207
Wilmington, DE 19899-2207
Tel: (302) 658-9141
Fax: (302) 658-5614

Craig Goldblatt, Esquire
Michel Snyder, Esquire
WILMER HALE LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
Attorneys for America Online, Inc.

## CERTIFICATE OF SERVICE

I, Karen C. Bifferato, hereby certify that on this 15th day of February, 2008, I caused a true and correct copy of America Online, Inc.'s *Notice of Withdrawal of Motion for Leave to Appeal* to be served upon the person or entity indicated below in the manner indicated below.

Karen C. Bifferato (No. 3279)

**VIA HAND DELIVERY**

United States District Court
for the District of Delaware
Office of the Clerk
844 N. King Street
Wilmington, DE 19801

Frederick B. Rosner, Esq.
Duane Morris LLP
1100 N. Market Street, Ste. 1200
Wilmington, DE 19801

Gregory W. Werkheiser, Esq
Richard D. Allen, Esq.
Thomas W. Briggs, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

Laurie S. Polleck, Esq.
Jaspan Schlesinger Hoffman LLP
1201 N. Orange Street, Suite 1001
Wilmington, DE 19801

Mark E. Felger, Esq.
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE 19801

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Ave., Suite 1200
Wilmington, DE 19801

**VIA TELEFAX AND FIRST CLASS U.S. MAIL**

Susan Balaschak, Esq.
Paul Traub, Esq.
Dreier LLP
499 Park Avenue, 14th Fl.
New York, NY 10022

Harold D. Jones, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Michael S. Fox, Esq.
Oshan Grundman Frome Rosenzweig
Park Avenue Tower
65 East 55th Street
New York, NY 10022

**VIA FIRST CLASS MAIL**
Mr. Barry Gold
EBC I, Inc.
9 Executive Circle, Suite 190
Irvine, CA 92614

591255                                                2